WILLIAM E. DUNN, Appellant, v. SAMUEL BLOOM et al., Respondents.—

Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.